■ SEACOAST CONSTRUCTION CORPORATION, INC., Respondent, v NIAGARA COUNTY SEWER DISTRICT No. 1 et al., Respondents, and Third-Party Plaintiffs-Respondents. J. WESLEY ANDREWS et al., Third-Party Defendants-Appellants.—Order unanimously affirmed, with costs, for the reasons stated in the memorandum decision at Special Term, Stiller, J. (Appeal from order of Niagara Supreme Court—sever third-party action.) Present—Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ In the Matter of JOAN FERRO, Appellant, v DAVID BERSANI, Respondent.—Motion for poor person relief denied without prejudice to submission of the motion to the Erie County Family Court (see *Jenks v Murphy,* 21 AD2d 346).

(September 28, 1979)

■ HELEN E. JURGIELEWICZ, as Mother and Natural Guardian of MICHAEL E. JURGIELEWICZ, Deceased, Respondent, v TOWN OF CHEEKTOWAGA et al., Appellants.—Order unanimously modified to deny the motion, without prejudice, to renew after discovery proceedings, and, as modified, affirmed, without costs. Memorandum: Discovery proceedings should be initiated and pursued promptly. (Appeal from order of Erie Supreme Court—summary judgment.) Present—Cardamone, J. P., Simons, Callahan and Witmer, JJ.